STATE OF CONNECTICUT *v.* TERRELL LEDBETTER

The Supreme Court docket number is SC 15480.

Decided July 8, 1996

STATE OF CONNECTICUT *v.* TERRELL LEDBETTER

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 391 (AC 13306/13407), is denied.

*Dina S. Wenger* and *Linda S. Morkan*, special public defenders, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided July 8, 1996